IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**TERRY L. COURTNEY,**                                      06-CV-6193-AS

          **Plaintiff,**                              ORDER

v.

**MICHAEL J. ASTRUE,**
**Commissioner, Social Security**
**Administration,**

          **Defendant.**


**KATHRYN TASSINARI**
Harder Wells Baron & Manning, PC
474 Willamette Street
Suite 200
Eugene, OR 97401
(541) 434-6466

       Attorneys for Plaintiff

**KARIN J. IMMERGUT**
United States Attorney
**NEIL J. EVANS**
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR  97204-2902
(503) 727-1053

1   -   ORDER

**MICHAEL McGAUGHRAN**
Office of the General Counsel
**NANCY A. MISHALANIE**
Special Assistant United States Attorney
Social Security Administration
701 5th Avenue, Suite 2900 M/S 901
Seattle, WA  98104-7075
(206) 615-2114

       Attorneys for Defendant

**BROWN, Judge.**

    Magistrate Judge Donald C. Ashmanskas issued Findings and Recommendation (#23) on July 2, 2007, in which he recommended this Court reverse the Commissioner's decision and remand for further proceedings.  The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*.  *Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  *See also Lorin Corp. v. Goto & Co.*, 700 F.2d 1202, 1206 (8th Cir. 1983).  Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

    The Court **ADOPTS** Magistrate Judge Ashmanskas's Findings and Recommendation (#23).  Accordingly, the Court **REVERSES** the Commissioner's decision and **REMANDS** this case to the Commissioner

2  -  ORDER

for further proceedings.

IT IS SO ORDERED.

DATED this 4th day of September, 2007.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

3 - ORDER